IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSE A. ORTIZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 7:16-cv-133 |
| | § |
| STANDARD GUARANTY INSURANCE | § JURY |
| COMPANY, | § |
| | § |
| Defendant. | § |

## STIPULATION OF DISMISSAL

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jose A. Ortiz and Defendant Standard Guaranty Insurance Company hereby dismiss with prejudice all claims and counterclaims asserted in this lawsuit. Each party shall bear its own fees and costs.

        Respectfully submitted,

        EDISON, MCDOWELL & HETHERINGTON LLP

        By: /s/ *Bradley J. Aiken*
            Bradley J. Aiken
            State Bar No. 24059361
            Federal Bar No. 975212
        First City Tower
        1001 Fannin Street
        Suite 2700
        Houston, Texas 77002
        Telephone: (713) 337-5595
        Facsimile:  (713) 337-8855
        brad.aiken@emhllp.com

        *Attorney-in-Charge for Defendant*
        *Standard Guaranty Insurance Company*

V. GONZALEZ & ASSOCIATES, P.C.

*/s/ Surya Mangi*
    Surya Mangi
    Federal Bar No. 24078912.
121 N. 10th St.
McAllen, Texas 78501
Telephone: (956) 630-3266
Facsimile:  (956) 630-0383
surya@vgonzalezlaw.com

*Attorney-In-Charge for Plaintiff Jose A. Ortiz*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by certified mail, return receipt requested on the following counsel this 9th day of August, 2016.

Surya Mangi
V. Gonzalez & Associates, P.C.
121 N. 10th St.
McAllen, Texas 78501

    /s/ Bradley J. Aiken
    Bradley J. Aiken